IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

WILFREDO TITO ROSA

Docket No. 97-13-1

Defendant, pro se, moves for the appointment of counsel and in forma pauperis status.

---

In support thereof, the defendant states:

1. I am unable to retain and pay counsel to advance this matter or to pay any expenses which may be incurred.

2. The defendant is absolutely destitute with no moneys or property of any kind whatsoever.

3. The defendant believes that the court's appointment of counsel would serve to advance the proper administration of justice. Appointment of counsel is likewise warranted in the furtherance of the administration of justice.

Dated: December 15, 2005

WILFREDO TITO ROSA