```
WILFREDO TITO ROSA
REG.# 03909-015
FCI FAIRTON CAMP
P.O. BOX 420
FAIRTON, NJ 08320
```

February 27, 2006

Honorable Kent A. Jordan
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



Re:  USA v. Rosa
     Docket No. 97-13-1

Dear Judge:

    I am in receipt of the government's response to my letter to the court of December 15, 2005, wherein I request that your Honor modify my <u>confinement NOT my sentence.</u>

    The government's motion fails to address the issue raised in my request to the court. Again, I do not seek a reduction of my sentence. I merely request that my place of confinement change to home in order that I may begin my transition into society sooner. As I explained in my previous letter I am legally blind, and consequently will require additional time to adjust to life outside of prison. For example it will take me a longer time than the average released prisoner to find, not just suitable employment but any employment because of my disability. I will have a more difficult time find my way through the transportation system in the city.

    Again, I am not requesting a modification of my sentence. I am requesting a change of confinement for the reasons associated with my disability.

    Furthermore, the court should consider appointing me counsel to properly address the issue by way of formal motion. Because I cannot read the law I am disadvantaged. I am unable to research and compose a reasonable argument on my own behalf. I therefore, respectfully request appointment of counsel to address my issues of concern.

    Moreover, I do not understand why the government opposes my request, while at sentencing the government was more inclined than the sentencing court to a sentence shorter than was handed down.

As I recall and the sentencing transcripts confirms the government requested an eleven year sentence; but the judge sentence me to more time.

Once again, I am not seeking a reduction of time from my sentence. I acknowledge that I must serve the complete term. I am merely seeking compassiôn from the court in as much as where I serve the remainder of my full term.

Finally, I reiterate the need to assign counsel to express the matter formally to the court.

As the court might imagine, this letter and my prior one were typed for me by a trusted inmate; that inmate will be released on March 8, 2006. Thereafter, I will be unable to write as I cannot without the help of my trusted friend.

Respectfully submitted,

Wilfredo Tito Rosa



Wilfredo T. Rosa  03909-015
FCI Fairton Camp
P.O. Box 420
Fairton, NJ 08320

Mr. Kent A. Jordan
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570