

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*
*Satellite Camp*

---

P.O. Box 280
Fairton, NJ  08320

March 28, 2006                  **RE:  Docket No. 97-13-1**

To whom it may concern:

I am writing this letter to those concerned in a hope that the information I provide will assist in considering Wilfredo Rosa for possible home confinement verse spending an extended period of time in a halfway house.

I have been Wilfredo's counselor for more than two years, and have discovered many admirable traits in him. As you may already know Wilfredo Rosa has been diagnosed with degenerative sight and is considered to be legally blind. As you could imagine many challenges were presented to him as he entered into prison, one was to obtain his GED.

Wilfredo found a way to achieve this by pursuing the Education Department to purchase audio tapes of the program, as to which he successfully obtained his GED. However, as the years pasted his eye sight deteriorated and to compound this his youngest daughter was diagnosed with brain cancer. This in itself could cause a man to break, but he stayed strong, supported his wife and family, and channeled his frustrations, and fears not into his wife, but into the helping of other inmates by becoming a mentor. Wilfredo continued to strive and help others by volunteering his time to the community. Wilfredo has spoken to younger at risk teen and adolescents about the choices they make in life and the consequences that could come from making the wrong decisions. He spoke in-depth about peer pressures and the willingness to do anything to fit in with the right people, but he also reminded them that he too made the wrong decisions and paid dearly for it.

During the last ten years, Wilfredo Rosa has reached and achieved many accomplishments, and has matured and recognized his responsibilities as a husband and a father, however, the largest feat is right in front of him and I feel it is almost unattainable, that feat is to land a job outside of the Bureau of Prisons and become a productive citizen as in the eyes of the people. As you may or may not know, while assigned to a halfway house an inmate is required to find a job. Even for most ex-inmates with a felony conviction this is extremely difficult, now try to gain employment without the use of your eyes. With all the difficulties that Wilfredo has endured, I feel that this one feat may not be possible, that is why I recommended Mr. Rosa for home confinement verse a halfway house

Sincerely,

*William R. Lawlor*
William Lawlor, Correctional Counselor



Wifredo Tito Rosa
Reg # 03909-015
FCI Fairton Camp
P.O. Box 420
Fairton, NJ  08320

Mr. Kent A. Jordan
844 N. King Street
Lockbox 18
Wilmington, Delaware  19801-3570