PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:97-CR-00013-01 |
| Wilfredo "Tito" Rosa | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Wilfred "Tito" Rosa</u>, who was placed on supervision by the Honorable <u>Joseph J. Longobardi</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>10th</u> day of <u>February, 1999</u> who fixed the period of supervision at <u>five (5) years</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing.
2. The defendant shall provide the probation officer financial information as directed by the probation officer.
3. The defendant shall not incur any new credit charges or open additional lines of credit without permission.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has requested permission from the Court to participate in a mental health treatment program. The defendant has experienced adjustment problems, since his release from federal imprisonment. The government has no objection to the Court imposing a treatment condition. The U.S. Probation Office believes counseling will assist the defendant at home, work, and with his adjustment to the community.

**PRAYING THAT THE COURT WILL** ...modify the special conditions of supervised release by adding a mental health treatment condition, which may include family counseling, so the defendant can attend counseling. All other conditions previously imposed remain in effect and in full force.

| | |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
| So ordered this _____ day of _____ 2008. | _____ <br> Senior U.S. Probation Officer |
| _____ <br> U. S. District Court Judge | Executed on   <u>May 29, 2008</u> <br><br> Place   <u>Wilmington, Delaware</u> |

# DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall attend mental health counseling, which may include family counseling, as directed by the probation officer.

Witness: _____    Signed: _____
         U.S. Probation Officer              Probationer or Supervised Releasee

         4-28-08
         DATE